Davy Kelvin Pough
PLAINTIFF/PETITIONER/MOVANT'S NAME

V72276
PRISON NUMBER

California Mens Colony
PLACE OF CONFINEMENT
P. O. 8101
San Luis Obispo, CA 93409
ADDRESS

2254   1983
FILING FEE PAID
Yes    No
IFP MOTION FILED
Yes    No
COPIES SENT TO
Court   ProSe

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# United States District Court
## Southern District Of California

Davy Kelvin Pough,
           Plaintiff/Petitioner/Movant

v.

Mathew Cate, V.M. Almega,
Grannis, N.,,Ryan, S.J.,
Bradley, C.        Defendant/Respondent

Civil No. **'08 CV 1498 JM RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, _____ Davy Kelvin Pough _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration  California Mens Colony
   Are you employed at the institution?              ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. ___Self employed___
   ___Don't recall___
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
    I. R. S. approximately 50k on demand
    Restitution approximately 20K.
    Child Support to be determind

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): n/a

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    Incarcerated inmate California State Prison

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____August 09, 2008_____       _____[signature]_____
DATE                                            SIGNATURE OF APPLICANT

## RETURNED REQUEST FOR CERTIFIED I/M TRUST STATEMENTS

Date: 7/22/08

Name: Davy Pough   CDC# V72276   Bed #: 5394

Trust offices have been instructed not to return certified statements directly to inmates. You must submit your request in a completed fashion (declaration form, a pre-addressed stamped envelope to the appropriate court or addressed envelope with a signed CDC 193 for postage). We will then sign the declaration and attach a certified copy of your trust account for six months. If you prefer not to send your documents to the trust office the declaration form and certified copy of your trust statement will be returned to your counselor. The counselor will contact you and witness you inserting the documents into an envelope completed and ready for mailing. After you have sealed the envelope, the counselor will then deliver the envelope to the mailroom. If you have any questions, please contact your counselor.

Returned by _M Mell_
Trust Office

**STATE OF CALIFORNIA**
**GA-22 (9/92)**

# INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTIONS**

| DATE: 7-20-2008 | TO: Inmate Trust Account | FROM (LAST NAME): Rough, David | CDC NUMBER: V72276 |
|---|---|---|---|

| HOUSING: 539 X | BED NUMBER | WORK ASSIGNMENT 08 JUL 30 AM 10:25 | JOB NUMBER 08 JUL AM 10:48 | ASSIGNMENT HOURS FROM / TO |
|---|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am requesting that the enclosed prison certificate reflecting my six months Average monthly balance be completed and return to me (This is a requirement for filing a 1983 package) Thanks in Advance   Rough D.

INTERVIEWED BY: K. Mock    DATE: 7-31-08

DISPOSITION: I mailed your 6 month certified statement to U.S. District Court in San Diego. We had already informed you we could not return it to you.

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant __Davy K. Pough__,
(NAME OF INMATE)

__V72276__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __California Men's Colony State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __7.50__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__July 31, 2008__          __Karen L. Mock__
DATE                        SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                            __Karen L. Mock__
                            OFFICER'S FULL NAME (PRINTED)

                            __Account Technician__
                            OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)          -4-          ::ODMA\PCDOCS\WORDPERFECT\22835\1

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____Davy Kelvin Pough (V72276)_____, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

August 09, 2008
DATE

SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/31/08
                                                           PAGE NO:    1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CALIFORNIA MENS COLONY
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 30, 2008 THRU JUL. 31, 2008

  ACCOUNT NUMBER : V72276                BED/CELL NUMBER: EFCQB5F300005394X
  ACCOUNT NAME   : POUGH, DAVY KELVIN    ACCOUNT TYPE: I
  PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
  DATE CODE DESCRIPTION  COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
  ---- ---- -----------  -------   ---------  --------  -----------  -------

  01/30/2008   BEGINNING BALANCE                                        0.00

  06/10 D320 TRUST FUNDS T 18725/CEN          45.00                    45.00
  07/17 FC01 DRAW-FAC 1          CE3                       45.00        0.00


                         * RESTITUTION ACCOUNT ACTIVITY

  DATE SENTENCED: 03/21/05              CASE NUMBER: SCD183193
  COUNTY CODE: SD                       FINE AMOUNT: $   8,000.00

     DATE      TRANS.   DESCRIPTION             TRANS. AMT.   BALANCE
     ----      ------   -----------             -----------   -------

  01/30/2008   BEGINNING BALANCE                              7,940.00

  06/03/08     SU03     SVS UPDATE - POS           50.00-     7,890.00

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *


                              TRUST ACCOUNT SUMMARY

     BEGINNING    TOTAL      TOTAL       CURRENT     HOLDS       TRANSACTIONS
     BALANCE      DEPOSITS   WITHDRAWALS BALANCE     BALANCE     TO BE POSTED
     ---------    --------   ----------- --------    --------    ------------
        0.00       45.00        45.00      0.00       0.00          0.00


                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE
                                                       ---------
                                                          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 07-31-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Karen Mock_ Acct-Tech.
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 30, 2008 THRU JUL. 31, 2008

TOTAL NUMBER OF STATEMENTS PRINTED:           1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      0.00