# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVY KELVIN POUGH<br><br>    Plaintiff,<br>  vs.<br><br>N. GRANNIS; et al.,<br><br>    Defendants. | CASE NO. 08cv1498 JM(RBB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS WITH PREJUDICE |

Having carefully considered Magistrate Judge Brook's thorough and thoughtful Report and Recommendation Granting Defendants' Motion to Dismiss the Fourth Amended Complaint and Denying Defendants' Motion for Strike Designation ("R & R"), the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the court dismisses Plaintiff's Fourth Amended Complaint without leave to amend and denies Defendants' Motion for a Strike Designation. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: September 16, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge