# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Davy Kelvin Pough

**V.**

Matthew Cate, N Grannis , V M Almager , C Bradley, S J Ryan , R Navarro , C Callahan , J L Arellano

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08cv1498-JM(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the court dismisses Plaintiff's Fourth Amended Complaint without leave to amend and denies Defendants' Motion for a Strike Designation. The Clerk of Court is instructed to close the file..................................................................................................
..............................................................................................................................................................

| September 16, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON September 16, 2010 |